# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| ALS CONSTRUCTION, INC § | Case No. 08-06341 MB |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>CLERK OF THE U.S. BANKRUPTCY COURT
>219 S. DEARBORN STREET
>CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/26/2012 in Courtroom 250,
>United States Courthouse
>Old Kane County Courthouse
>100 S. Third Street, Geveva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ALS CONSTRUCTION, INC § Case No. 08-06341 MB
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 30,019.35 |
| and approved disbursements of | $ | 151.08 |
| leaving a balance on hand of[1] | $ | 29,868.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 3,763.34 | $ 0.00 | $ 3,763.34 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 6,932.50 | $ 0.00 | $ 6,932.50 |
| Attorney for Trustee Expenses: Thomas E. Springer | $ 6.45 | $ 0.00 | $ 6.45 |
| Accountant for Trustee Fees: Alan D. Lasko, CPA | $ 8,259.60 | $ 0.00 | $ 8,259.60 |
| Accountant for Trustee Expenses: Alan D. Lasko, CPA | $ 127.41 | $ 0.00 | $ 127.41 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 24.86 | $ 24.86 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 19,089.30 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

    Remaining Balance    $    10,778.97

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 880,984.76 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Trustees of Bricklayers Local 56 | $ 880,984.76 | $ 0.00 | $ 10,778.97 |

    Total to be paid to priority creditors    $    10,778.97

    Remaining Balance    $    0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

NONE

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Al's Construction, Inc  
    Debtor

Case No. 08-06341-MB  
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: froman | Page 1 of 2 | Date Rcvd: Jan 09, 2012 |
| | Form ID: pdf006 | Total Noticed: 3 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2012.
```
db           +Al's Construction, Inc,   2802 Sterkel Rd,   North Aurora, IL 60542-5000
12060508     +Trustees of Bricklayers Local 56,   c/o Arnold and Kadjan,   19 W. Jackson,
               Chicago, IL 60604-3926
12060505     +Trustees of Bricklayers Local 56,   c/o Arnold and Kadjan,   19 W. Jackson Blvd.,
               Chicago, IL 60604-3926
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2012**     **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: froman              Page 2 of 2              Date Rcvd: Jan 09, 2012
                              Form ID: pdf006           Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2012 at the address(es) listed below:
          John F. Etzkorn    on behalf of Creditor   Bricklayers Local 56 Fringe Benefit Funds c/o Arnold and
           Kadjan jetzkorn@arnoldandkadjan.com,  bshea@arnoldandkadjan.com
          Michele M Springer    on behalf of Trustee Thomas Springer mspringer@springerbrown.com,
           marigonzo@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Scott N. Schreiber    on behalf of Debtor   Al's Construction, Inc sschreiber@stahlcowen.com
          Thomas E Springer    on behalf of Trustee Thomas Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
          Thomas E Springer    tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                                                                                                        TOTAL: 6