UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
ALS CONSTRUCTION, INC               §    Case No. 08-06341
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____       By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| DEPARTMENT OF THE TREASURY | | | | | |
| UNITED STATES TREASURY | | | | | |
| UNITED STATES TREASURY | | | | | |
| UNITED STATES TREASURY | | | | | |
| Thomas E. Springer | | | | | |
| Thomas E. Springer | | | | | |
| Alan D. Lasko | | | | | |
| Alan D. Lasko | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TRUSTEES OF BRICKLAYERS LOCAL 56 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 08-06341 MB Judge: Manuel Barbosa | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | ALS CONSTRUCTION, INC | Date Filed (f) or Converted (c): | 03/18/08 (f) |
| | | 341(a) Meeting Date: | 04/14/08 |
| For Period Ending: | 07/27/12 | Claims Bar Date: | 08/27/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Bank Checking Account | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 2. Montalbano Builders | 21,578.50 | 0.00 | DA | 0.00 | FA |
| 1901 S. Meyers Road, Ste. 500 | | | | | |
| Oak Brook Terrace, IL 60101 | | | | | |
| 3. K & A/account receivable | 32,000.00 | 30,000.00 | | 30,000.00 | FA |
| 4. Miscellaneous Tools | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 19.91 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $58,178.50 | $30,000.00 | $30,019.91 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's accountant is still trying to get the Debtor's old tax returns, if any, in order to prepare current estate tax
returns. Requests to the IRS have been made and been unsuccessful, and it is unclear if the Debtor ever filed a tax
return. Trustee has now issued a subpoena to the former accountant of the Debtor. After the estate tax returns are
filed the Trustee will file the Final Report.

Initial Projected Date of Final Report (TFR): 04/17/09     Current Projected Date of Final Report (TFR): 05/30/11

LFORM1  Ver: 16.06b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-06341 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ALS CONSTRUCTION, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0407 MONEY MARKET |
| Taxpayer ID No: | *******1225 | | | |
| For Period Ending: | 07/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/02/09 | 3 | K & A<br>c/o Myler, Ruddy & McTavish<br>111 W. Downer Place, Suite 400<br>Aurora, IL 60506 | Account Receivable Turnover | 1121-000 | 30,000.00 | | 30,000.00 |
| 02/09/09 | 000100 | International Sureties, Ltd<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Payment Allocation<br>Chapter 7 Blanket Bond Illinois - Chicago - Northern District | 2300-000 | | 23.75 | 29,976.25 |
| 02/27/09 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 29,976.43 |
| 03/31/09 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 29,976.69 |
| 04/30/09 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.66 | | 29,977.35 |
| 05/29/09 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.75 | | 29,978.10 |
| 06/30/09 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.75 | | 29,978.85 |
| 07/31/09 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,979.61 |
| 08/31/09 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,980.37 |
| 09/30/09 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,981.11 |
| 10/30/09 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,981.87 |
| 11/30/09 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,982.61 |
| 12/31/09 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,983.37 |
| 01/29/10 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.75 | | 29,984.12 |
| 02/09/10 | 000101 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 27.45 | 29,956.67 |
| 02/26/10 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.69 | | 29,957.36 |
| 03/31/10 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.77 | | 29,958.13 |
| 04/30/10 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,958.87 |
| 05/28/10 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,959.63 |

Page Subtotals  30,010.83  51.20

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 7)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-06341 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ALS CONSTRUCTION, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0407  MONEY MARKET |
| Taxpayer ID No: | *******1225 | | | |
| For Period Ending: | 07/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/10 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,960.37 |
| 07/30/10 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,961.13 |
| 08/31/10 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.77 | | 29,961.90 |
| 09/30/10 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,962.64 |
| 10/22/10 | 000102 | United States Treasury<br>Internal Revenue Service<br>RAIVS Team<br>Stop 37106<br>Fresno, CA 93888 | Form 4506 Request<br>Request for copies of old tax returns from 2006 and 2007 for accounting purposes; requested 1120S | 2990-000 | | 114.00 | 29,848.64 |
| 10/29/10 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.75 | | 29,849.39 |
| 11/16/10 | | Department of the Treasury<br>Financial Manager Service<br>Regional Financial Center<br>P.O. Box 34668<br>Kansas City, MO 64116 | Refund for Tax copy request<br>Tax years ending 12/31/2006 and 12/31/2007, not available.<br>Check #102 | 2990-000 | | -114.00 | 29,963.39 |
| 11/18/10 | 000103 | United States Treasury<br>Internal Revenue Service<br>RAIVS Team<br>Stop 37106<br>Fresno, CA 93888 | Form 4506 Request<br>Request for copies of old tax returns from 2006 and 2007 for accounting purposes; requested 1120 | 2990-000 | | 114.00 | 29,849.39 |
| 11/30/10 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.75 | | 29,850.14 |
| 12/17/10 | | United States Treasury<br>Austin, Texas | Refund for Tax copy request<br>Tax years ending 12/31/2006 and 12/31/2007, not available.<br>Check #103 | 2990-000 | | -114.00 | 29,964.14 |
| 12/31/10 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,964.90 |
| 01/31/11 | 5 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,965.66 |
| 02/28/11 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.23 | | 29,965.89 |
| 03/31/11 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,966.14 |

Page Subtotals        6.51        0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-06341 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ALS CONSTRUCTION, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0407 MONEY MARKET |
| Taxpayer ID No: | *******1225 | | | |
| For Period Ending: | 07/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/26/11 | 000104 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 24.86 | 29,941.28 |
| 04/29/11 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.24 | | 29,941.52 |
| 05/31/11 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 29,941.78 |
| 06/30/11 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,942.03 |
| 07/29/11 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,942.28 |
| 08/31/11 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 29,942.54 |
| 09/30/11 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,942.79 |
| 10/31/11 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,943.04 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 38.15 | 29,904.89 |
| 11/30/11 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,905.14 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 36.87 | 29,868.27 |
| 12/30/11 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,868.52 |
| 01/31/12 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 29,868.78 |
| 02/07/12 | 5 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 29,868.83 |
| 02/07/12 | | Transfer to Acct #*******1835 | Final Posting Transfer | 9999-000 | | 29,868.83 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | | 30,019.91 | 30,019.91 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 29,868.83 | |
| Subtotal | | 30,019.91 | 151.08 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 30,019.91 | 151.08 | |

Page Subtotals  2.57  29,968.71

Ver: 16.06b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2 Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD Exhibit 9

| Case No: | 08-06341 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ALS CONSTRUCTION, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1835 GENERAL CHECKING |
| Taxpayer ID No: | *******1225 | | | |
| For Period Ending: | 07/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | Transfer from Acct #*******0407 | Transfer In From MMA Account | 9999-000 | 29,868.83 | | 29,868.83 |
| 02/07/12 | 001000 | THOMAS E. SPRINGER, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 3,763.34 | 26,105.49 |
| | | 400 S. County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton, IL  60187 | | | | | |
| 02/07/12 | 001001 | Alan D. Lasko, CPA | Accountant for Trustee Fees (Other | | | 8,386.91 | 17,718.58 |
| | | 29 South LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL  60603 | | | | | |
| | | | Fees         8,259.50 | 3410-000 | | | |
| | | | Expenses      127.41 | 3420-000 | | | |
| 02/07/12 | 001002 | Thomas E. Springer | Attorney for Trustee Fees (Trustee | | | 6,938.95 | 10,779.63 |
| | | 400 S. County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton, IL  60187 | | | | | |
| | | | Fees         6,932.50 | 3110-000 | | | |
| | | | Expenses        6.45 | 3120-000 | | | |
| 02/07/12 | 001003 | Trustees of Bricklayers Local 56 | Claim 1, Payment 1.22359% | 5400-000 | | 10,779.63 | 0.00 |
| | | c/o Arnold and Kadjan | | | | | |
| | | 19 W. Jackson Blvd. | | | | | |
| | | Chicago, IL 60604 | | | | | |

Page Subtotals     29,868.83     29,868.83

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-06341 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | ALS CONSTRUCTION, INC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1835 GENERAL CHECKING |
| Taxpayer ID No: | *******1225 | | |
| For Period Ending: | 07/27/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | COLUMN TOTALS | 29,868.83 | 29,868.83 | 0.00 |
|  | Less: Bank Transfers/CD's | 29,868.83 | 0.00 | |
|  | Subtotal | 0.00 | 29,868.83 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 29,868.83 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********0407 | 30,019.91 | 151.08 | 0.00 |
| GENERAL CHECKING - ********1835 | 0.00 | 29,868.83 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 30,019.91 | 30,019.91 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)